| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kendall, Virginia M. | 2. Court or Organization<br><br>US District Court ND IL | 3. Date of Report<br><br>08/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　　Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn - Chambers 2378<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Prairie Recreational Developments Inc. |
| 2. | Part Time Faculty | Northwestern University School of Law |
| 3. | Part Time Faculty | Loyola University Chicago School of Law |
| 4. | Part Time Faculty | University of Chicago School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Northwestern University School of Law teaching salary | $2,000.00 |
| 2. 2015 | Loyola University School of Law teaching salary | $24,000.00 |
| 3. 2015 | University of Chicago School of Law teaching salary | $4,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Cristo Rey St. Martin College Prep Full-Time Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Litigation Section | January 8 - 11, 2015 | Laguna Beach, CA | Activity of professional association or civic organization | lodging, meals, transportation |
| 2. | ABA Litigation Section | February 26 - 28, 2015 | Atlanta, GA | Activity of professional association or civic organization | lodging, meals, transportation |
| 3. | Federal Judges Association | April 12 - 15, 2015 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 4. | Alaska Bar Association | May 12 - 15, 2015 | Fairbanks, AK | Educational seminar or program | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kendall, Virginia M.** | 08/08/2016 |

| # | | | | |
|---|---|---|---|---|
| 5. | American Law Institute | May 17 - 20, 2015 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 6. | ABA Litigation Section | June 4 - 5, 2015 | Ashville, NC | Meeting or seminar with another government entity | lodging, meals, transportation |
| 7. | ABA Criminal Justice Section | June 10 - 17, 2015 | London, UK | Activity of professional association or civic organization | lodging, meals, transportation |
| 8. | International Conservation Caucus Foundation | July 25 -30, 2015 | Nairobi, Kenya | Educational seminar or program | lodging, meals, transportation |
| 9. | Lawyers Without Borders | August 24 - 25, 2015 | Wilmington, DE | Educational seminar or program | lodging, meals, transportation |
| 10. | New York University (Civil Jury Project) | September 10 - 11, 2015 | New York, NY | Educational seminar or program | lodging, meals, transportation |
| 11. | American Law Institute | October 7-9, 2015 | New York, NY | Activity of professional association or civic organization | transportatation, lodging, meals |
| 12. | ABA Crimial Justice Section | November 17 - 20, 2016 | Shanghai, China | Activity of professional association or civic organization | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | J |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | Distributed (part) | 04/13/15 | J | D | |
| 4. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 6. JPMorgan Core Bond Fund | A | Dividend | J | T | Sold (part) | 02/26/15 | J | C | |
| 7. JPMorgan Core Bond Fund | A | Dividend | J | T | Sold (part) | 04/13/15 | J | C | |
| 8. Washington National Fixed Annuity | A | Interest | J | U | | | | | |
| 9. Columbia Fund Series Trust CL A | A | Dividend | J | T | Distributed (part) | 04/13/15 | J | C | |
| 10. JPMorgan US Money Market Reserve | A | Interest | J | T | | | | | |
| 11. Vanguard International Stock Index Fund | B | Dividend | K | T | Distributed (part) | 06/08/15 | K | | |
| 12. Vanguard Total Bond Market Index | A | Dividend | L | T | Distributed (part) | 06/08/15 | K | | |
| 13. Vanguard Total Stock Market Index | A | Dividend | M | T | Distributed (part) | 06/08/15 | L | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 4 & 5 The filer's spouse is an income beneficiary with no interest in the corpus of the trusts and therefore pursuant to Section 102(f)(2) of the Ethics in Government Act, no further information is required.

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/08/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544